UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DONAL GENE HULL,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:17-CV-01003-EPG |
|---|---|

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: July 31, 2017

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean