Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DONAL GENE HULL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAL GENE HULL ) | Case No.: 1:17-cv-01003-EPG |
| ) | |
| Plaintiff, ) | ORDER AND STIPULATION TO |
| ) | EXTEND TIME TO FILE OPENING |
| v. ) | BRIEF |
| ) | |
| NANCY A. BERRYHILL, Acting ) | (ECF No. 15) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Donal Gene Hull and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from March 16, 2018 to April 13, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

///

///

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: March 16, 2018     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Mr. Donal Gene Hull

DATE: March 16, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Margaret I. Branick-Abilla*
_____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## ORDER

Good cause appearing, Plaintiff's time to file an opening brief is extended by twenty-eight days, from March 16, 2018, to April 13, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **March 23, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE