Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DONAL GENE HULL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAL GENE HULL,<br><br>      Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:17-cv-01003-EPG<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |

    Plaintiff Donal Gene Hull and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from April 13, 2018 to May 11, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel apologizes for the delay and respectfully requests this extension in good faith and for extended time because counsel has not been able to address the issues in this case.

DATE: April 18, 2018        Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Mr. Donal Gene Hull

DATE: April 18, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


BY: /s/ *Margaret I. Branick-Abilla*
_____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

# **ORDER**

Based on the stipulation of the parties, and good cause appearing, Plaintiff's time to file an opening brief is extended to May 11, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **April 23, 2018**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE