MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DONAL GENE HULL, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-01003-EPG <br><br> **STIPULATION FOR EXTENSION OF TIME; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 14-day extension of time, from June 11, 2018 to June 25, 2018, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review and evaluate the sizeable administrative record, to consider the issues

raised in Plaintiff's opening brief, to determine whether options exist for settlement, and to accommodate counsel's competing workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: June 6, 2018        LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Cyrus Safa*
    CYRUS SAFA
    Attorneys for Plaintiff
    [*As authorized by e-mail on June 6, 2018]

Dated: June 7, 2018        MCGREGOR W. SCOTT
                           United States Attorney
                           DEBORAH LEE STACHEL
                           Regional Chief Counsel, Region IX
                           Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

## **ORDER**

Based on the above stipulation of the parties, and good cause appearing, the time for Defendant to serve a responsive brief shall be extended by fourteen days, from June 11, 2018 to June 25, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **June 7, 2018**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE